UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GREGORY DOYLE,

    Plaintiff,

vs.                          CASE NO. 3:04-cv-563-J-HTS

JO ANNE B. BARNHART,
Commissioner of
Social Security,

    Defendant.
_____

**O R D E R**

This cause is before the Court on Plaintiff's Uncontested Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. #16; Petition). It is represented Defendant has no objection to the amount sought in the Petition. *Id.* ¶ 6.

A total of 16.25 hours were expended in the representation of Plaintiff before the Court in 2004 and 2005. Itemization of Time Social Security Claim, attached to the Petition as Exhibit A; *see also* Petition ¶ 8. Plaintiff seeks a total payment of $2,396.87 in fees. Petition ¶ 9. This is based on an hourly rate of $147.50. *Id.* ¶ 7. Costs in the amount of $150.00 are also requested. *Id.* ¶ 10.

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award

of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $2,396.87 in attorney fees.[1]

Accordingly, the Petition (Doc. #16) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,396.87 and costs of $150.00.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of April, 2005.

/s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

All counsel of record
      and *pro se* parties, if any

---

[1] The Court notes the total fee sought by Plaintiff is less than the amount allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, accounting for adjustments due to an increase in the cost of living. *See* § 2412(d)(2)(A). For the purpose of determining the rate of inflation, the Court visited http://data.bls.gov/cgi-bin/cpicalc.pl (last visited April 29, 2005).